**R O B E R T   M A R I N E L L I**
A T T O R N E Y   A T   L A W
3 0 5   B R O A D W A Y ,   S U I T E   1 0 0 1
N E W   Y O R K ,   N E W   Y O R K   1 0 0 0 7
( 2 1 2 )   8 2 2 - 1 4 2 7
F a c s i m i l e   ( 2 1 2 )   2 0 2 - 9 6 4 6

May 12, 2016

**BY ECF**
The Honorable Ramon E. Reyes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Morris v. City of Gordon, et al.</u>, No. 15 Civ. 5872 (JBW) (RER)

Dear Judge Reyes:

    I write in advance of the initial conference scheduled for today at 11:30 a.m. Plaintiff is respectfully requesting that she be allowed to appear by telephone. I apologize for the lateness and subject of this request.

    Late yesterday afternoon I realized that I had made a scheduling error. Up until a short time ago, I believed that another attorney would assist me in meeting my obligations. Unfortunately, he is not able. I have emailed defense counsel informing her of my issue.

    I sincerely apologize for my error and thank the Court for consideration of my request.

                                                            Respectfully,

                                                           /s/

                                                           Robert Marinelli

cc:    **BY ECF**
        Angharad Wilson, ACC