

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ANGHARAD K. WILSON<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |

April 14, 2017

**BY ECF**

Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    Jacqueline Morris v. City of New York, et al., 15-cv-5872

Your Honor:

       I am an Assistant Corporation Counsel assigned to the defense of this matter on behalf of defendants. We write to propose a briefing schedule for defendants' anticipated motion for summary judgment pursuant to Fed. R. Civ. P. 56. Hon. Ramon E. Reyes, the assigned magistrate judge in this matter certified that discovery was closed on March 16, 2017. Defendants respectfully request until May 8, 2017 to file their moving papers, with plaintiff submitting her opposition on June 5, 2017, and defendants' reply due on June 19, 2017. Plaintiff's counsel, Robert Marinelli, has kindly consented to this schedule.

       Thank you for your consideration of this matter.

       Respectfully submitted,

       /s/

       Angharad Wilson
       Assistant Corporation Counsel

cc: Robert Marinelli, Esq. (via ECF)
*Attorney for Plaintiff*