DATE **7/24/17**

BEFORE JUDGE **Weinstein**              AT **10:30** A.M/~~P.M.~~

C/R ~~or ECR~~ **A. Frisolone**              MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number **CV15-5872**

Title: **Jacqueline Marin** vs. **P.O. Patrick Gordon et al**

(Pltff.)(Deft.) _____ motion for **summary judgment**

Appearances: For Pltff. **Robert Marinelli**

For Deft. **Angharad Wilson**

✓ Case called.   ✓ Parties Sworn   ✓ Evidentiary Hearing Held.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued.   ___ Motion Granted   ✓ Motion Denied.

___ Decision reserved.

✓ Order to be submitted by **Court**.

___ Case adjourned to _____ for _____

✓ Other **The issues of whether there should be discovery of the doctors or further reports is respectfully referred to the Magistrate judge.**

✓ Jury selection 8/21/17. Trial 8/22/17.

✓ In limine motions will be heard 8/21/17 @ 2pm.

- OVER -

✓ Exhibits 1-3 entered at hearing.