UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JACKIE MORRIS,

                                    Plaintiff,

              -against-

Police Officer PATRICK GORDON,[1]

                                    Defendants.

**DEFENDANT'S LIST OF EXHIBITS**

No. 15-CV-5872 (JBW) (RER)

------------------------------------------------------------------- x

Defendant Patrick Gordon, by his attorney, Zachary W. Carter, Corporation Counsel of the City of New York, hereby submits the following list of trial exhibits:

| | |
|---|---|
| A. | Criminal Court Complaint |
| B. | Deposition of Sonia Kornegay in Support of Criminal Court Complaint |
| C. | NYPD Command Log Excerpt, dated April 13, 2014 |
| D. | NYPD Domestic Incident Report, dated April 13, 2014 |
| E. | Deposition of Sonia Kornegay in Support of Domestic Incident Report, dated April 13, 2014 |
| F. | NYPD Aided Report for Police Officer Patrick Gordon |
| G. | Photographs of Police Officer Gordon's Knee |

---

[1] Defendant respectfully requests that the Court adopt the caption herein as it reflects the sole remaining defendant.

- 2 -

| H. | Audio Recordings of Incident |
|---|---|

## **RESERVATION OF RIGHTS**

Defendant reserves the right to amend this exhibit list, including with materials that may be used only for impeachment purposes.

Defendant further reserves the right to use any relevant and admissible exhibit identified by the plaintiff in her exhibit list whether or not plaintiff actually offers such exhibit at the time of trial.

Subject to the ruling of this Court, defendant reserves the right to object to any of plaintiff's exhibits which have not been provided to the parties.

Subject to the ruling of this Court, defendant additionally reserves the right to object to plaintiff's exhibits based on relevancy or other evidentiary grounds.

DATED:   New York, New York                    Respectfully submitted,
          August 18, 2017

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the
                                          City of New York
                                          *Attorney for Defendant Gordon*
                                          100 Church Street
                                          New York, New York  10007
                                          (212) 356-2572/2357

                                          By:  /s/
                                          _____
                                          Angharad Wilson
                                          Alexander Noble
                                          Assistant Corporation Counsels